UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21873-CIV-LENARD/WHITE

**GEORGE WATSON**,

    Plaintiff,

vs.

**COI ROCHELLE, et al,**

    Defendants.
_____/

## ORDER ADOPTING PRELIMINARY REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 7)

**THIS CAUSE** is before the Court on the Preliminary Report and Recommendation of the Magistrate Judge ("Preliminary Report," D.E. 7), issued on July 21, 2009, recommending that, after conducting an initial screening pursuant to 28 U.S.C. § 1915, Plaintiff's claims of excessive force against Defendants Rochelle and Conventon proceed. Therein, Defendants were provided ten (10) days to file objections to the Preliminary Report. To date, Defendants have not filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Preliminary Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1.     The Preliminary Report of the Magistrate Judge (D.E. 7) is **ADOPTED**.

2.     Plaintiff's Complaint shall proceed as to the claims of excessive force against Defendants Rochelle and Conventon.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of August, 2009.

                                                                                   _____
                                                                                   **JOAN A. LENARD**
                                                                                    **UNITED STATES DISTRICT JUDGE**