CASE NO. 09-21873-CIV-LENARD/WHITE